UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORCHARD, HILTZ & MCCLIMENT, INC.,

        Plaintiff,

CASE NO. 2:14-cv-11902

v.                                                HON. MARIANNE O. BATTANI

PHOENIX INSURANCE COMPANY and
FEDERATED MUTUAL INSURANCE
COMPANY,
        Defendants.
        _____/

## JUDGMENT

On today's date, the Court issued an order granting defendants motions for summary judgment and denying plaintiff's motions for summary judgment. For the reasons stated in the order, a judgment is entered in favor of Defendants Phoenix Insurance Company and Federated Mutual Insurance Company and against Plaintiff Orchard, Hiltz & McCliment, Inc.

Date:   November 19, 2015                        s/Marianne O. Battani
                                                               MARIANNE O. BATTANI
                                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 19, 2015.

                                                                                         s/ Kay Doaks
                                                                                        Case Manager